# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Wayne Rixmann, et al

               Plaintiffs,                Civil 10-3802 (PAM/JJK)

v.

                                           **ORDER OF DISMISSAL**

Chubb Indemnity Insurance Company

               Defendant.

_____

    The court having been advised that the above case has been settled,

    **IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court

reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action,

for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: March _17_ , 2011

                                  *s/Paul A. Magnuson*_____
                                Paul A. Magnuson, Judge
                                United States District Court